Marie Robinson-McLaughlin "PRO SE"
190 Fort Pleasant Ave, Springfield, MA 01108
(410) 507-7901

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| MARIE ROBINSON-MCLAUGHLIN | ) | Case No. _____ |
| | ) | (to be filled in by the Clerk's Office) |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | ) | |
| DENNIS MCDONOUGH | ) | |
| Secretary - Department of Veterans Affairs | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) | |

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Marie Robinson-McLaughlin |
   | Street Address | 190 Fort Pleasant Ave |
   | City and County | Springfield (Hampden County) |
   | State and Zip Code | Massachusetts 01108 |
   | Telephone Number | (410) 507-7901 |
   | E-mail Address | mackenese@msn.com |

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Marie Robinson-McLaughlin "PRO SE"
190 Fort Pleasant Ave, Springfield MA 01108
(410) 507-7901

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
    Name: Denis McDonough
    Job or Title (if known): Secretary Department of Veterans Affairs
    Street Address: 810 Vermont Ave
    City and County: Washington (District of Columbia)
    State and Zip Code: District of Columbia 20420
    Telephone Number:
    E-mail Address (if known): denis.mcdonough@va.gov

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Morine Robinson-McLaughlin "PRO SE"
190 Fort Pleasant Ave, Springfield, MA 01108
(416) 507-7901

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Marie Robinson-McLaughlin "PRO SE"
170 Port Pleasant Ave, Springfield, MA 04108
(410) 507-7901

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Discrimination based on race (black), sex (female) and religion from May 2014 to present. Defendant allowed others to create and maintain a hostile environment. (see attachment - Statement of Claim)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Requests the courts to do the following: To be made whole and treated fairly as other ADPCS/NE in VISN1.
• Pay adjusted 151,073 -169,000 from 2014 to present
• Increase Nurse Executive Pay Bonus to $25,000.00
• Adjust Thrift Saving Plan (TSP), Social Security and annual salary for retirement (lost pay from 2014-present) which includes matching the TSP
•Review the locality pay and follow the Public Law 101-356 "Department of Veterans Affairs Nurse Pay Act of

1990 for all nursing occupation series 0610. Pay adjustments for nurses occupation series 0610 from 2014 to present
• Reimburse travel expenses for travel OMI visit (per diem, airfare and mileage) and annual leave
• OMI report to be amended and an acknowledgment from the US Veteran Affairs Senate Committee that this was accomplished and that I was not associated with any wrongdoings. The OMI report to be redacted and comments retracted and corrected.
• Attorney fees associated with this case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/23/2021

Signature of Plaintiff: *Marie Robinson-McLaughlin*
Printed Name of Plaintiff: Marie Robinson-McLaughlin

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Marie Robinson-McLaughlin "PRO SE"
190 Fort Pleasant Ave, Springfield MA 01108
(410) 507-7901

## Statement of Claims

1. On unspecified dates the former Director denied complainant the opportunity to serve as acting director or facility director, complainant was ignored in meetings, not valued as being important or acknowledged publicly for accomplishments, disrespected, removed from mail groups, falsely accused, and complainant's support staff was treated unfairly.

2. From 2014 until at least August 28, 2020, complainant was prevented from receiving locality pay.

3. From 2014 until at least August 28, 2020, former Chief of Human Resources and the Assistant Chief of Human Resources hindered the hiring process for complainant to receive staffing for an Associate Nurse Executive (ANE).

4. From 2014 until at least August 28, 2020, complainant was denied clerical support-(Secretary).

5. On December 23, 2016, former Director told complainant, "You need to go find a job somewhere else," and "You will not get an evaluation until you get the woman…out of your house" referring to temporary housing the complainant offered to expedite a nurses on boarding process.

6. On April 19, 2018, complainant was accused of being negligent in performance of duties as the Associate Director of Patient Care Services (ADPCS).

7. On April 4, 2019, complainant received an untimely Executive Career Field (ECF).

8. On or about May 15, 2020, Elizabeth Huntley, EEO Manager asked complainant, "if you receive your pay will you drop the EEO?"

9. On or about May 15, 2020, human resources withheld complainant's paperwork to prevent complainant from receiving locality pay.